# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 22, 2017

154353 & (44)

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellant/
        Cross-Appellee,

v

STEVEN COLLINS,
        Defendant-Appellee/
        Cross-Appellant.

SC: 154353
COA: 329686
Wayne CC: 14-008080-FH

_____/

On order of the Court, the application for leave to appeal the July 5, 2016 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 22, 2017



Clerk

t0315